FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANGEL LOPEZ-VALENZUELA; ISAAC CASTRO-ARMENTA, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> COUNTY OF MARICOPA; JOSEPH M. ARPAIO, Maricopa County Sheriff, in his official capacity; WILLIAM G. MONTGOMERY, Maricopa County Attorney, in his official capacity, <br><br> Defendants - Appellees. | No. 11-16487 <br><br> D.C. No. 2:08-cv-00660-SRB <br><br> **ORDER** |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judges Murguia and Hurwitz did not participate in the deliberations or vote in this case.